

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2017

No. 04-16-00655-CV

**IN THE ESTATE OF** Ramiro **AGUILAR**, Jr.

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on February 15, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2017.

_____
Keith E. Hottle, Clerk